IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

_Joshua Roberts_
Plaintiff,

vs.

Civil Action No. _21-cv-299-TFM-C_

_Gulf Distributing Holdings_
Defendant(s)

## COMPLAINT

1. Plaintiff resides at _22171 Highway 43 Calvert Al 36513_
2. Name(s) of defendant(s) _Gulf Distributing Holdings_
3. Location of principal office(s) of the named defendant(s) _Mobile, Alabama_

4. Nature of business of defendant(s) _____

5. Approximate number of individuals employed by defendant(s) _50_

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _X_ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below: _____

Rev. 8/2015

7. Plaintiff is:

    (A) \_\_\_\_ Presently employed by the defendant.

    (B) _X_ Not presently employed by the defendant.

    The dates of employment were _____

    (1) \_\_\_\_ Plaintiff was discharged.

    (2) _X_ Plaintiff was laid off.

    (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

    (A) \_\_\_\_ Race                                      \_\_\_\_ Sex

           _X_ Color                              \_\_\_\_ National Origin

           \_\_\_\_ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) \_\_\_\_ Physical disability

           \_\_\_\_ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) \_\_\_\_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Charles Lang

10. The alleged discrimination occurred on or about 6/19/20

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: See attachments

12. The alleged illegal activity took place at Gulf Distributing Holdings of Mobile

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 8/1/20

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 4/13/21

14. I seek the following relief:

(A) _X_ Recovery of back pay.

(B) _____ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 7/6/21

_____
Signature of Plaintiff

_____
22171 Hwy 43 Calvert Al 36513
Address of Plaintiff

(251) 6042573
Telephone Number of Plaintiff

To Whom It May Con Concern:

I Joshua Roberts went to my manager after the incident with Mr. Lang. I refuse to go to HR alone. Like I told them in the meeting. I was worried about coming to them alone, because I knew they would not listen to me. That's why I went to my manager (Edward Pedersen) at the time about the incident. The incident haven't only happen just once, it done happen three times. Two times with my pic and once with my head rag. Taking my possessions off of me and putting them in his pants and scratching his testicles with them I confess all of this to HR. He supposedly got suspended for three days. I don't see how he is still a manager or even here after doing this to me. Every since I went to HR to confess to what happen to me. I keep getting put in departments that I don't want to be in. Every time I get happy being there they come and move me for no reason. I had an attorney in Birmingham that was supposed to resent me for the case. It took him a while to get back in touch with me. When he and I did finial talk, he knew the owner of the company. He tried to encourage me not to do this. I found another attorney that told me everything to do to get the case started. That's what took it so long to get started.

I get alone with mostly all of my coworkers except for Percy. Don't many people get alone with him, because he think he is the boss, he always right. He just made a new person quit for pointing his finger in his face and hollowing at him. Percy has a problem hollowing and cussing out other employees like he is the boss.

I was the one who went to HR and reported Percy to them. But I got suspended and he didn't. I was in the office talking to Chris at the computer, I was down on my knees looking at the computer with him. When the next thing I knew Percy came and push the door open right into me. I jump up and ask him why he did that. He stated you should have not been behind the door. I was as if you saw me there you could have knocked or ask me to move. Chris claim the door didn't hit me. I said the door hit me right in the arm. We both argued in the office for a minute. When we step out the office, Chris told me to shut up. Then Percy said something else to me. I ask Chris to tell Percy to shut up with me. Chris to me to go home. I clock out and started out the door then Percy said meet me outside the gate. There was NO fight. The only hit was when Percy push the door into me. When we had the meeting, I even gave them an offer to terminate me if we can go look at the cameras and see that the door didn't hit me. They didn't want to take that offer because they knew the door hit me. They are taking up for him.

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/2020)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Joshua J. Roberts<br>22171 Highway 43<br>Calvert, AL 36513 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2020-19716 | ARLENE A. GORCEY,<br>Investigator | (251) 304-7922 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*      04/13/2021

Enclosures(s)      Erika LaCour,<br>Local Office Director      *(Date Issued)*

cc:    **Gulf Distributing Holdings, LLC**

c/o Anne Laurie McClurkin, Esq.<br>Kullman Firm<br>63 South Royal Street<br>11th Floor<br>Mobile, AL 36602