IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-299-TFM-C |
| | ) |
| GULF DISTRIBUTING HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On September 7, 2022, the Magistrate Judge filed a Report and Recommendation which recommends the Defendant's Motion for Summary Judgment (Doc. 26) be granted and this case be dismissed with prejudice.  *See* Doc. 34.  Plaintiff did not file objections within the fourteen (14) day time period specified, but did file an untitled document dated October 17, 2022.  *See* Doc. 35.  Though they were untimely, the Court nonetheless considered Plaintiff's objections when reviewing the case and recommendation.  Ultimately, they do not address the substance and legal analysis of the Report and Recommendation and are therefore **OVERRULED**.

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Defendant's Motion for Summary Judgment (Doc. 26) is **GRANTED**.  All claims presented by Joshua Roberts are **DISMISSED WITH PREJUDICE**.  A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 31st day of October, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE